NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRAXTON MARVIN BENTLEY PIERSON,    )
DOC# C05942,                       )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D17-5168
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____   )


Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Susan Maulucci, Judge.



PER CURIAM.

          Affirmed.



VILLANTI, LUCAS, and SALARIO, JJ., Concur.